IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLOBAL ONE FINANCIAL, INC., a Georgia corporation, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : FILE NO. 1:13-cv-01786-RLV |
| CHET D. ADKINS and SHEIK KHAN, | : |
| | : |
| Defendants. | : |

SATISFACTION OF JUDGMENT

COMES NOW Global One Financial, Inc. and shows that the judgment in the above-styled case entered by this Court on September 25, 2013 in favor of Plaintiff against CDA Wealth Consulting LLC has been paid and satisfied and is no longer of any force or effect.

This 3rd day of July, 2014.

MASON BAHR LLP

/s/ William D. Carter, Jr.
_____
William D. Carter, Jr.
Georgia Bar No. 114905

Attorneys for Plaintiff

Mason Bahr LLP
155 Technology Parkway
Suite 400
Peachtree Corners, Georgia 30092
770-399-6450    Fax: 770-399-6471
wdcarter@masonlawfirm.net