## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| GLOBAL ONE FINANCIAL, INC., a Georgia corporation, | : : : | |
| Plaintiff, | : : : | Civil Action |
| v. | : : | File No.: 1:13-cv-01786-RLV |
| CHET D. ADKINS and SHEIK KHAN, | : : | |
| Defendants. | : | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### OF DEFENDANT SHEIK KHAN

**COMES NOW** Plaintiff Global One Financial, Inc., pursuant to Rule 41(a)(1)(A)(i), and files this Notice of Voluntary Dismissal as to Defendant Sheik Khan, dismissing the above-styled action without prejudice as to said Defendant.

On May 29, 2013, Plaintiff commenced this suit against Defendants CDA Wealth Consulting, LLC, Chet D. Adkins, and Sheik Khan.  Default Judgment was rendered against Defendant CDA Wealth Consulting, LLC on September 25, 2013, and thereafter filed with the Court as satisfied on July 3, 2014.  Defendant Chet D. Adkins was voluntarily dismissed from this action, by consent, on June 26, 2013.

Defendant Sheik Khan has yet to be served with process in this action. Defendant Khan has not filed a formal answer to Plaintiff's Complaint, although she

1

has previously communicated with the Court, ostensibly on behalf of CDA Wealth Consulting, LLC. [Doc. No. 12].

Plaintiff hereby files this notice of voluntary dismissal as to Defendant Sheik Khan with the intention of dismissing this case without prejudice to refiling. This action serves to terminate the entire matter as to all Defendants.

Respectfully submitted, this 10th day of July, 2014.

                                              **MASON BAHR LLP**

                                              /s/ William D. Carter, Jr.
                                              William D. Carter, Jr., Esq.
                                              Georgia Bar No.: 114905
                                              Sonya Truman Jacobs
                                              Georgia Bar No.: 380006
                                              *Attorneys for Plaintiff*

MASON BAHR LLP
155 Technology Parkway, Suite 400
Peachtree Corners, GA 30092-2969
Telephone: (770) 399-6450
Facsimile: (770) 399-6471
wdcarter@masonlawfirm.net
sltruman@masonlawfirm.net

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2014, the foregoing document was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties to this matter in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

| **Via First Class Mail, Postage Prepaid:** | **Via ECF:** |
|---|---|
| Sheik Khan | Michael W. Higgins |
| 36010 Meriwether Way | HIGGINS & DUBNER |
| Murrieta, CA 92562 | 333 Peachtree Road NE, Suite 230 |
| | Atlanta, GA 30326 |

I also certify that the within and foregoing pleading was prepared using Times New Roman 14 point font in accordance with LR 5.1(B)

This 10th day of July, 2014.

/s/ William D. Carter, Jr.
William D. Carter, Jr., Esq.
Georgia Bar No.: 114905

MASON BAHR LLP
155 Technology Parkway, Suite 400
Peachtree Corners, GA 30092-2969
Telephone: (770) 399-6450
Facsimile: (770) 399-6471
wdcarter@masonlawfirm.net
sltruman@masonlawfirm.net